**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2262

PAUL L. REGISTER; PATRICIA REGISTER,

Plaintiffs - Appellants,

versus

FLAGSTAR BANK, FSB; EQUIPLUS, INCORPORATED,

Defendants - Appellees,

and

NORTH SUN HOUSING AND DEVELOPMENT,
INCORPORATED, a/k/a GNP Investments, a/k/a GNP
Investment, Incorporated; OPTION ONE MORTGAGE
CORPORATION,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Louise W. Flanagan, Chief
District Judge. (CA-04-68-FL)

Submitted: August 16, 2006          Decided: October 12, 2006

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellants.
Michael T. Medford, MANNING, FULTON & SKINNER, Raleigh, North
Carolina; Brenton D. Adams, Dunn, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul L. Register and Patricia Register appeal the district court's order and judgment granting summary judgment to Flagstar Bank, FSB, and Equiplus, Incorporated, and dismissing their complaint.  We have reviewed the record and the district court's order and affirm for the reasons cited by the district court.  See Register v. Flagstar Bank, No. CA-04-68-FL (E.D.N.C. Sept. 2, 2005).  Insofar as the Registers raise issues on appeal that were not raised in the district court, this court will not review such issues.  Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED